TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-94-00465-CV







Kathleen Henderson/Elizabeth Urban, Appellants



v.



Raul X. Villarreal, Guardian of the Estate and Person of


Mary Lou Heep Henderson; et al./Raul X. Villarreal,


Temporary Guardian of the Estate and Person of


Mary Lou Heep Henderson; et al., Appellees







FROM THE PROBATE COURT NO. 1 OF TRAVIS COUNTY


NO. 60,541-C, HONORABLE GUY HERMAN, JUDGE PRESIDING







PER CURIAM


 Appellant Elizabeth Urban has filed a motion to voluntarily dismiss her appeal and
to remain as an appellee in the appeal styled Kathleen Henderson v. Raul X. Villarreal, Temporary
Guardian of the Estate and Person of Mary Lou Heep Henderson, et al. The motion is granted. 
Tex. R. App. P. 59(a)(1)(B).

 The appeal of appellant Elizabeth Urban is dismissed on her motion.




Before Chief Justice Carroll, Justices Aboussie and Jones

Appeal of Appellant Elizabeth Urban Dismissed

Filed: March 8, 1995

Do Not Publish